1  **Troy Monge, Esq.**
   Law Offices of Martin Taller, APC
2  2300 E. Katella Avenue, Suite 440
   ANAHEIM, CALIFORNIA 92806
3  TELEPHONE (714) 385-8100
   troymonge@hotmail.com
4

5  Attorney Bar #217035
   Attorneys for Maria A. Gutierrez
6

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GUTIERREZ,<br><br>        Plaintiff,<br><br>    v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. SACV15-01439 E<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND TWO HUNDRED FIFTY DOLLARS and NO CENTS ($2,250.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: 5/23/16

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1